UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DEL NIGRO, an Individual,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CHANG K. LIM, an Individual;<br>KYUNG A. LIM, an Individual; and<br>DOES 1-100,<br><br>　　　　　　　Defendants. | Case No. 2:19-cv-09122-AB (JPRx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

1.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: December 27, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE